MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney
MICHAEL G. WHEAT, CBN 118598
JOSEPH J.M. ORABONA, CBN 223317
JANAKI G. CHOPRA, CBN 272246
COLIN M. MCDONALD, CBN 286561
ANDREW Y. CHIANG, NYBN 4765012
Special Attorneys of the United States
880 Front Street, Room 6293
San Diego, CA 92101
619-546-8437/7951/8817/9144/8756
Michael.Wheat@usdoj.gov

Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>                Defendants. | CR No. 22-00048-JMS-WRP<br><br>UNITED STATES' MOTION TO FILE EXCESS PAGES |

      The United States hereby submits this Motion to File Excess Pages together with its Response in Opposition to Sheri Tanaka's Motion to Dismiss Count 2, filed at ECF No. 171. The Response is 31 pages long, and exceeds the 25 page limit set

forth in LR7.4(a). The United States respectfully requests the Court's permission to exceed the 25 pages permitted under the local rules.

Six additional pages are required to adequately respond to Tanaka's Motion to Dismiss Count 2. Her motion rests on three grounds, each pertaining to Count 2, which alleges a conspiracy against rights under 18 U.S.C. § 241. That count, in turn, implicates specific rights found in the United States Code, including Title VII of the Civil Rights Act of 1964 and the ADEA, as well as the Fourth Amendment to the United States Constitution. In order to adequately discuss how § 241 interacts with Title VII, the ADEA, and the Fourth Amendment; to analyze the detailed allegations of the twenty-one page First Superseding Indictment (FSI); and to evaluate the relevant case law; the United States respectfully requests six additional pages to present its arguments for the Court's consideration.

Dated: April 3, 2023

Respectfully submitted,

MERRICK B. GARLAND
Attorney General
RANDY S. GROSSMAN
United States Attorney

*/s/ Andrew Y. Chiang*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI G. CHOPRA
COLIN M. MCDONALD
ANDREW Y. CHIANG
Special Attorneys

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>             Defendants. | CR No. 22-00048-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

    I, Andrew Y. Chiang, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893. I am not a party to the above-entitled action. I have caused service of the foregoing on all parties in this case by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on April 3, 2023.         */s/ Andrew Y. Chiang*
                                                      ANDREW Y. CHIANG