**SEALED**
BY ORDER OF THE COURT

Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200
Fax:        (213) 973-6282
Email:      mmermelstein@holmesathey.com
            acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 31, 2024, 3:02 pm
Lucy H. Carrillo, Clerk of Court

UNSEALED BY ORDER OF THE COURT
DATE: 2/17/2026, see ECF No. 5,
      MC 26-00010 SASP-KJM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>          Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S NOTICE OF *IN CAMERA* FILING**<br><br>Judge: Hon. Timothy M. Burgess<br>Trial Date: February 27, 2024<br><br>**[UNDER SEAL]** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 29, 2024, Defendant Sheri Tanaka filed her *Addendum to Response to Government's Under Seal Notice* with the Court *in camera* and under seal.

This Notice is being filed under seal pursuant to the Court's order dated January 26, 2024.

DATED:  January 30, 2024        Respectfully submitted,

                                HOLMES, ATHEY,
                                COWAN & MERMELSTEIN LLP


                                By:   */s/ Mark Mermelstein*
                                      MARK MERMELSTEIN

                                      Attorneys for Defendant
                                      Sheri Jean Tanaka