**SEALED BY ORDER OF THE COURT**

Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone:  (213) 985-2200
Fax:        (213) 973-6282
Email:      mmermelstein@holmesathey.com
            acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 05 2024

at 3 o'clock and 45 min. P M an
Lucy H. Carrillo, Clerk

UNSEALED BY ORDER OF THE COURT
DATE:  2/17/2026, see ECF No. 5,
       MC 26-00010 SASP-KJM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>　　　　　　Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S MOTION TO SEAL AND FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Timothy M. Burgess<br><br>[UNDER SEAL] |

1

Mark Mermelstein (CA SBN 208005)
Andrew S. Cowan (CA SBN 165435)
HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP
811 Wilshire Boulevard, Suite 1460
Los Angeles, California 90017
Telephone: (213) 985-2200
Fax:       (213) 973-6282
Email:     mmermelstein@holmesathey.com
           acowan@holmesathey.com

Attorneys for Defendant Sheri Jean Tanaka

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH MITSUYOSHI KANESHIRO (1),<br>DENNIS KUNIYUKI MITSUNAGA (2),<br>TERRI ANN OTANI (3),<br>AARON SHUNICHI FUJII (4),<br>CHAD MICHAEL MCDONALD (5),<br>SHERI JEAN TANAKA (6),<br><br>Defendants. | Case No. CR-22-00048-TMB-WRP<br><br>**DEFENDANT SHERI J. TANAKA'S MOTION TO SEAL (1) THIS MOTION ITSELF; (2) UNREDACTED MOTION TO CONTINUE TRIAL; (3) UNREDACTED MOTION TO SEVER TRIAL; (4)** *EX PARTE* **MOTION FOR** *IN CAMERA* **REVIEW; AND (5) THE COURT'S ORDER ON THIS MOTION; REQUEST FOR PROTECTIVE ORDER; CERTIFICATE OF SERVICE**<br><br>Judge: Hon. Timothy M. Burgess<br><br>**[UNDER SEAL]** |

2

Defendant Sheri Jean Tanaka hereby files this Motion to Seal (1) this Motion itself; (2) Defendant Sheri J. Tanaka's Motion to Continue Current Trial Date, (together with its Declaration of Counsel); (3) Defendant Sheri J. Tanaka's Motion to Sever Trial from Codefendants; (4) Defendant Sheri J. Tanaka's Sealed *Ex Parte* Motion for *In Camera* Review; and (5) the Court's Order on this Motion (collectively, "Sensitive Documents"). The Court should grant the Motion for good cause shown because the Sensitive Documents reference or allude to a sensitive ongoing non-public criminal investigation, including the details of the execution of a search warrant on Ms. Tanaka's residence. Disclosure of the contents of these Sensitive Documents could both harm the government's ongoing nonpublic criminal investigation, and potentially jeopardize the safety of witnesses. The interest of confidentiality in the details of the Sensitive Documents therefore outweighs the public's interest in open proceedings.

The Sensitive Documents also refer throughout to the government's under seal Notice filed on January 25, 2024. In its sealed order dated January 26, 2024, the Court ordered that any reference to the Notice or its contents "shall be filed under seal until further order of the Court." It is necessary to file the Sensitive Document under seal in order to comply with the Court's Order.

Relatedly, based on the sensitive and non-public of the information contained in the Sensitive Documents, Ms. Tanaka also requests that the Court enter an order of protection that restricts access to the Sensitive Documents, any responses filed

3

thereto, and any resulting order of the Court, to the attorneys of record in this case (i.e., "ATTORNEYS' EYES ONLY"). Ms. Tanaka further requests that the Court order that any responses to the Sensitive Documents filed by the parties, or any other documents that reference the Sensitive Documents, be filed under seal until further order of the Court.

DATED: February 5, 2024                Respectfully submitted,

                                       HOLMES, ATHEY,
                                       COWAN & MERMELSTEIN LLP


                                       By: /s/ Mark Mermelstein
                                           MARK MERMELSTEIN

                                       Attorneys for Defendant
                                       Sheri Jean Tanaka

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document will be served on the following counsel at their last known addresses by the CM/ECF system on the date indicated below.

| | |
|---|---|
| MICHAEL G. WHEAT, ESQ.<br>JOSEPH J.M. ORABONA, ESQ.<br>JANAKI G. CHOPRA, ESQ.<br>COLIN M. MCDONALD, ESQ.<br>ANDREW Y. CHIANG, ESQ.<br>United States Attorney's Office<br>880 Front Street, Room 6293<br>San Diego, California 92101<br>E-mail: michael.wheat@usdoj.gov<br>joseph.orabona@usdoj.gov<br>Janaki.Chopra@usdoj.gov<br>Colin.McDonald@usdoj.gov<br>Andrew.Chiang@usdoj.gov | *Attorneys for the United States of America* |
| CRYSTAL G. K. GLENDON<br>Glendon & Ponce, LLLC<br>1001 Bishop St., Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: crystal@glendonponce.com | *Attorney for Defendant Sheri Jean Tanaka* |
| BIRNEY B. BERVAR, ESQ.<br>Bervar & Jones<br>1100 Alakea Street, 20th Floor<br>Honolulu, Hawaii 96813<br>E-mail: bbb@bervar-jones.com | *Attorney for Defendant Keith Mitsuyoshi Kaneshiro* |
| NINA MARINO<br>JENNIFER LIESER<br>Kaplan Marino, PC<br>1546 N. Fairfax Avenue<br>Los Angeles, CA 90046<br>E-mail: marino@kaplanmarino.com<br>lieser@kaplanmarino.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |

| | |
|---|---|
| JOHN M. SCHUM, ESQ.<br>Law Office of John Schum<br>P.O. Box 1241<br>Honolulu, Hawaii 96807<br>E-mail: John@JohnSchum.com | *Attorneys for Defendant Dennis Kuniyuki Mitsunaga* |
| DORIS LUM, ESQ.<br>Law Office of Doris Lum, LLLC<br>1001 Bishop Street, Suite 710<br>Honolulu, Hawaii 96813<br>E-mail: doris@dorislumlaw.com | *Attorney for Defendant Terri Ann Otani* |
| ANDREW M. KENNEDY, ESQ.<br>Schlueter Kwiat & Kennedy LLLP<br>Atrium Court<br>75-167 Kalani St, Ste. 201<br>Kailua Kona, HI 96740<br>E-mail: Andrew@kona-lawyer.com | *Attorney for Defendant Aaron Shunichi Fujii* |
| THOMAS M. OTAKE, ESQ.<br>Thomas M. Otake AAL, ALC<br>851 Fort Street Mall, Suite 400<br>Honolulu, Hawaii 96813<br>E-mail: thomas@otakelaw.com | *Attorney for Defendant Chad Michael McDonald* |

DATED:  February 5, 2024

Respectfully submitted,

HOLMES, ATHEY,
COWAN & MERMELSTEIN LLP

By: __/s/ Mark Mermelstein__
     MARK MERMELSTEIN

Attorneys for Defendant
Sheri Jean Tanaka